AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Dominic Box<br><br>_Defendant_ | ) Case: 1:22-mj-00273<br>) Assigned to: Judge Meriweather, Robin M.<br>) Assign Date: 12/13/2022<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_         Dominic Box                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: _12/13/2022_

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2022.12.13 18:51:30 -05'00'

_Issuing officer's signature_

City and state:     Washington, D.C.         Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 12/13/2022, and the person was arrested on _(date)_ 12/15/2022
at _(city and state)_ Savannah, GA.

Date: 12/15/2022

B.T. Snider
_Arresting officer's signature_

Bradford T Snider
_Printed name and title_