AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Dominic Box<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:22-mj-00273
Assigned to: Judge Meriweather, Robin M.
Assign Date: 12/13/2022
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Dominic Box _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2022.12.13 18:51:30 -05'00'

*Issuing officer's signature*

Date:  _____12/13/2022_____

City and state:  _____Washington, D.C._____

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/13/2022 , and the person was arrested on *(date)* 12/15/2022 <br> at *(city and state)* Savannah, GA . <br><br> Date: 12/15/2022        B.T. Snider <br>                            *Arresting officer's signature* <br><br> Bradford T Snider <br>                            *Printed name and title* |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Dominic Box<br>DOB: ▮▮▮▮▮ | )   Case: 1:22-mj-00273<br>)   Assigned to: Judge Meriweather, Robin M.<br>)   Assign Date: 12/13/2022<br>)   Description: COMPLAINT W/ ARREST WARRANT<br>)<br>)   **SOUTHERN DISTRICT OF GEORGIA**<br>)     **CASE NO:  4:22mj103-CLR** |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ____Columbia____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | |

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Jeffrey P. Pearson*
_____
*Complainant's signature*

Jeffrey Pearson, Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____12/13/2022_____

City and state: _____Washington, D.C._____

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2022.12.13 18:49:18 -05'00'
_____
*Judge's signature*

Robin M. Meriweather, U.S. Magistrate Judge
_____
*Printed name and title*

## STATEMENT OF FACTS

Your affiant, Jeffrey Pearson, is a Special Agent with Federal Bureau of Investigation (FBI). Specifically, I am assigned to the Criminal Division at the FBI's Washington Field Office and have been tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a special agent, I am authorized by law to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The information provided in this affidavit is based on my personal knowledge, observations made during the course of this investigation, and information conveyed to me by other law enforcement officials. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. I have set forth only the facts and circumstances that I believe are necessary to establish probable cause to support the requested arrest warrant.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session

of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### DOMINIC BOX'S Participation in the Capitol Riot

U.S. Capitol video footage and countless open source posts, photographs, and videos, including BOX's own Facebook livestreams of the events on January 6, 2021, depict DOMINIC BOX breaching the restricted perimeter of the U.S. Capitol, entering the U.S. Capitol, and remaining in the U.S. the Capitol.

During a voluntary interview with the FBI in the presence of his mother on February 10, 2021, BOX identified himself in videos, and largely confirmed the following regarding his presence in Washington, D.C. on January 6, 2021:

First, one of BOX's livestreams of the events on January 6, 2021 was posted to either Facebook, YouTube, or both. That video captured much of BOX's march from the Save the Steal rally, down Pennsylvania Avenue, towards the U.S. Capitol. For example, below are screenshots from this video, where BOX is seen speaking about going to the Capitol: "we're . . . heading towards the halls of Congress . . .."



Then, after flipping the camera around, BOX is heard talking on the telephone to an unknown individual named "Judy," where he states as follows: ". . . I can confirm that we're all en route to Congress, to the Capitol. I can't confirm that anybody's, uh, stormed the Capitol or broken in, but we're not there yet. We've heard reports of explosions and different things . . . but, uh, I don't know what you can do to stop a crowd this size, with one thing on their mind. And, after hearing the [former] President [Trump] speak, specify the numbers and the ways in which

this election was stolen from us, uh, I can definitely say I'd rather be on this side than the other. There's some very, rightfully, disgruntled individuals here."



Other open source videos confirm BOX's path towards the Capitol.





3

Other open source video shows BOX within the Capitol's restricted perimeter as he approaches the scaffolding on the west front.





Additional open source video of BOX was featured in the HBO documentary "Four Hours at the Capitol," where BOX is seen standing near the corner of the Capitol's lower west terrace, next to a Capitol Police Officer in riot gear. BOX is seen and heard in the video as he instructs other rioters about how to overcome the tear gas that law enforcement had recently deployed to attempt to tame the mob: "Get water on your bandana! Water on your bandana!"



BOX also elected to be interviewed in the HBO documentary, where he acknowledged his presence in and around U.S. Capitol on January 6, 2021, and, with a smile, stated as follows in his interview: "As I'm going up the scaffolding and getting to the steps, there was a kid who probably captured the emotions I was having . . . I was proud to see the American spirit that was on display."



This portion of BOX's path into the Capitol building is also shown in other open source video and images, where BOX is flanked by rioters who had visibly removed the bicycle racks that indicated they were breaching a restricted, non-public area.

\*     \*     \*

*Remainder of Page Intentionally Left Blank*

© Ford Fischer / News2Share



Capitol video footage of January 6, 2021 then shows that around 2:14 pm EST, BOX first entered the U.S. Capitol through the Senate Wing Door on the northwest side of the building.



BOX then proceeded to remain illegally in the U.S. Capitol for at least fifteen minutes, initially, much of which is captured in Capitol video footage and in videos taken by BOX and stored on his telephone, which he provided to the FBI.

For example, a Bloomberg Getty Image photorgraph shows BOX walking through the Senate rotunda, giving the middle finger towards the dome portion of the rotunda.



Then, in one of the videos BOX turned over to the FBI, BOX captured an interaction he

8

and other rioters had with one Capitol Police Officer in the crypt. In the video, the Capitol Police Officer is seen and heard telling the mob to calm down, saying, "We don't need any more violence right now, all right? Calm down. We can stand right here and talk it out, ok?"

BOX then runs up to the Officer and exclaims, "There's no talking, there's no fucking talking!"





9

Open source video also captures BOX shortly thereafter in the moment where the mob overwhelms law enforcement in the crypt.



\*      \*      \*

*Remainder of Page Intentionally Left Blank*

BOX also livestreamed on Facebook certain portions of his time inside the Capitol. In one such video, BOX filmed rioters as they went up a staircase; he can be heard chanting, "USA, USA . . ." with the mob. Then, BOX is heard stating as follows, referring to his Facebook livestream: "If you're watching this live, share right now!" \




BOX is also captured in open source video and images in other areas of the U.S. Capitol, including in a photograph where he is posing for a picture in the Small House Rotunda.



Capitol surveillance footage also shows him in the first floor House hallway.



At approximately 2:35 pm EST, Capitol footage captures BOX leaving through the Memorial Door on the east side of the U.S. Capitol.



However, sometime between exiting the Memorial Door at 2:35 pm EST and approximately 3:04 pm EST, BOX chose to re-enter the U.S. Capitol for a second time.

In open source video posted to Twitter, BOX is seen around 3:04 pm EST exiting through the Columbus Door on the east side.



13

Notably, various open source videos show that after this group of rioters exited the Columbus Door, Capitol Police closed that door. But, undeterred, the video footage then shows BOX turning towards the crowd and yelling, "We need more people!!" BOX then re-approaches the closed Columbus Door, helps other rioters re-open it, and briefly enters the Capitol for what appears to be a third time.









Open source video and images further show BOX standing on the east stairs of the Capitol.



Other open source video and images depict BOX remaining outside the Capitol but within the restricted perimeter, such as the below screenshot from live coverage by the Washington Post.



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.: 4:22mj103** | **DATE:** December 15, 2022 |
| **UNITED STATES OF AMERICA** | **TIME:** 1:14 - 1:46 p.m. |
| **v.** | **LOCATION: SAVANNAH** |
| **DOMINIC BOX** | |

| | |
|---|---|
| **Judge:** Christopher L. Ray, US Magistrate Judge | **Courtroom Deputy:** Molly Davenport |
| **Court Reporter:** FTR SAV-CR2 | **Interpreter/Law Clerk:** |
| **Probation Officer:** Lauren McDaniel | **Security:** CSO Terry/USMS Nick |
| **Attorney(s) for Government:** Jennifer Solari | |
| **Attorney(s) for Defendant:** Skye Musson (retained) | |

**PROCEEDINGS:** **INITIAL APPEARANCE - RULE 5**

**CHARGING DISTRICT: District of Columbia**

**CASE NUMBER: 1:22mj273**

☑ Defendant advised of charges and penalties ☐ Defendant qualifies for court appointed counsel

☐ Defendant waives preliminary hearing ☐ Defendant waives identity hearing

☐ Preliminary hearing set for:

☐ Government moves for detention:

    ☐ Defendant waives detention hearing in the Southern District of Georgia

    ☐ Defendant requests 5 days to prepare for detention hearing

    ☐ Government requests 3 days to prepare for detention hearing

    ☐ Detention hearing scheduled for:

    ☐ Detention hearing held.

☑ Defendant released on an Appearance Bond

    ☑ Defendant is ordered to appear at the charging district on: by Zoom on 12/22/2022 at 1:00 p.m.

☐ Defendant detained pending a detention hearing

☐ Defendant remanded to the custody of the US Marshal for transport back to:_____

_____.

**ADDITIONAL COMMENTS:**

Defendant reserved his preliminary hearing for the charging district.

The government requested a speedy trial ruling and was advised by the Court that any speedy trial finding is up to the charging district.

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia__

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  4:22mj103-CLR |
| | ) | |
| | ) | |
| Dominic Box | ) | Charging District's Case No. 1:22mj273-RMM |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   District of Columbia

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☑     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
☑ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  12/15/2022

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Skye Ellen Musson
*Printed name of defendant's attorney*

6

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Georgia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 4:22mj103 |
| Dominic Box | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

       ( × )    to appear for court proceedings;
       ( × )    if convicted, to surrender to serve a sentence that the court may impose; or
       ( × )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(    ) (1)  This is a personal recognizance bond.

( × ) (2)  This is an unsecured bond of $  25,000.00 _____ .

(    ) (3)  This is a secured bond of $ _____ , secured by:

     (   ) (a) $ _____ , in cash deposited with the court.

     (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

     If this bond is secured by real property, documents to protect the secured interest may be filed of record.

     (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;

(2) the property is not subject to claims, except as described above; and

(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 12/15/2022

_____
Defendant's signature

_____
Defendant's address

417-434-8057

_____
Defendant's telephone number

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – address

_____
Surety/property owner – telephone number

CLERK OF COURT

Date: 12/15/2022

_____
Signature of Clerk or Deputy Clerk

Approved.

Date: 12/15/22

_____
Judge's signature

AO 199A (Rev. 06/19) Order Setting Conditions of Release

Page 1 of __4__ Pages

# UNITED STATES DISTRICT COURT
### for the

__Southern__ District of __Georgia__

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Dominic Box | ) | Case No. 4:22mj103 |
| | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: https://uscourts-dcd.zoomgov.com/j/1605981178?
pwd=cVN5US9DMzJ5NWFLNjhGemZmSU1odz09
Meeting ID: 160 598 1178          *Place*
Passcode: 717744

on December 22, 2022 at 1:00 p.m. EST with Magistrate Judge Moxila A. Upadhyaya

*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign:

_____ An Appearance Bond.

✓ An Unsecured Appearance Bond in the amount of $ _25,000.00_ .

_____ An Unsecured Appearance Bond in the amount of $_____, without pretrial supervision.

_____ An Appearance Bond in the amount of $ _____, which must be secured by a third party signature.

_____ An Appearance Bond in the amount of $_____ secured by $_____, in cash deposited with the Court

AO 199B  (Rev. 03/21) Additional Conditions of Release
Dominic Box
4:22-00103M-001

Page __ of __

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____     Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____     _____
        *Custodian*                             *Date*

( ☐ )  (7)  The defendant must:
( ☒ )  (a)  submit to supervision by and report for supervision to the   SUPERVISING OFFICER AS DIRECTED_____ ,
telephone number _____ , no later than _____ .
( ☒ )  (b)  continue or actively seek employment.
( ☐ )  (c)  continue or start an education program.
( ☒ )  (d)  surrender any passport to:    THE SUPERVISING OFFICER
( ☒ )  (e)  not obtain a passport or other international travel document.
( ☒ )  (f)  abide by the following restrictions on personal association, residence, or travel:    TRAVEL IS RESTRICTED TO THE MIDDLE DISTRICT OF FLORIDA AND SOUTHERN DISTRICT OF GEORGIA OR WITH APPROVAL FROM PROBATION..
( ☒ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:  CO-DEFENDANTS, UNLESS ARRANGED BY AND IN THE PRESENCE OF COUNSEL

( ☐ )  (h)  get medical or psychiatric treatment: _____

( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ☒ )  (k)  not possess a firearm, destructive device, or other weapon.
( ☒ )  (l)  not use alcohol ( ☐ ) at all ( ☒ ) excessively.
( ☒ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ☒ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ☒ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( ☐ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
( ☐ )  (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
( ☐ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
( ☐ )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
( ☐ )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions.  However, you must comply with the location or travel restrictions as imposed by the court.
**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
( ☐ )  (q)  submit to the following location monitoring technology and comply with its requirements as directed:

10

AO 199B (Rev. 03/21) Additional Conditions of Release
Dominic Box
4:22-00103M - 001

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or

( ☐ ) (ii)   Voice Recognition; or

( ☐ ) (iii)  Radio Frequency; or

( ☐ ) (iv)  GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☒ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☒ ) (t)  NO TRAVEL OUTSIDE OF THE UNITED STATES WITHOUT COURT APPROVAL
PARTICIPATE IN FUTURE PROCEEDINGS AS DIRECTED
DEFENDANT IS NOT PERMITTED TO GO TO WASHINGTON DC, EXCEPT FOR COURT, PRETRIAL PURPOSES, OR ATTORNEY VISITS

11

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( ☒ ) The defendant is ORDERED released after processing.

( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 12/15/22

_____
*Judicial Officer's Signature*

U.S. MAGISTRATE JUDGE CHRISTOPHER L. RAY
*Printed name and title*

DISTRIBUTION:  COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:22mj103-CLR |
| Dominic Box | ) | Charging District: District of Columbia |
| _____ | ) | |
| *Defendant* | ) | Charging District's Case No. 1:22-mj-273 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: VTC (ZOOM)<br><br>https://uscourts-dcd.zoomgov.com/j/1605981178?pwd=cVN5US9DMzJ5NWFLNjhGemZmSU1odz09<br><br>Meeting ID: 160 598 1178<br>Passcode: 717744 | Courtroom No.:<br><br>Magistrate Judge Moxila A. Upadhyaya |
|---|---|
| | Date and Time: Thursday, December 22, 2022 @ 1:00 p.m. EST |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: December 15, 2022

_____
*Judge's signature*

Christopher L. Ray, U.S. Magistrate Judge
*Printed name and title*

In accordance with Federal Rule of Criminal Procedure 5(f)(1), the Court orders the United States to produce all exculpatory information under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. Failure to timely perform these obligations may result in various consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions.

Date: December, 15, 2022

_____
Magistrate Judge Christopher L. Ray

13

Southern District of Georgia CM/ECF 6.1

CLOSED

# U.S. District Court
## Southern District of Georgia (Savannah)
## CRIMINAL DOCKET FOR CASE #: 4:22-mj-00103-CLR-1
## Internal Use Only

Case title: USA v. Box

Date Filed: 12/15/2022
Date Terminated: 12/16/2022

Assigned to: Magistrate Judge Christopher
L. Ray

**Defendant (1)**

**Dominic Box**
*TERMINATED: 12/16/2022*

represented by **Skye Ellen Musson**
5501 Abercorn Street
Suite D-246
Savannah, GA 31405
336-710-6745
Email: skye@mussonlawoffices.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**

represented by **Jennifer Gayle Solari**
U.S. Attorney's Office - Savannah
P.O. Box 8970
22 Barnard Street, Suite 300
Savannah, GA 31401

912-201-2561
Fax: 912-652-4388
Email: jennifer.solari@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2022 | 🔒 1 | *SEALED* Arrest (District of Columbia, Case number 1:22mj-273) as to Dominic Box. (Docket Sealed) (jrb) (Entered: 12/15/2022) |
| 12/15/2022 | 2 | NOTICE OF ATTORNEY APPEARANCE: Skye Ellen Musson appearing for Dominic Box. (MD) (Entered: 12/15/2022) |
| 12/15/2022 | 3 | TEXT ONLY NOTICE OF HEARING as to Dominic Box. Initial Appearance set for 12/15/2022 01:00 PM in Savannah District Court 8 Southern Oaks Court, Courtroom Two, Savannah, GA before Magistrate Judge Christopher L. Ray. (MD) (Entered: 12/15/2022) |
| 12/15/2022 | 4 | Minute Entry for proceedings held before Magistrate Judge Christopher L. Ray: Initial Appearance in Rule 5(c)(3) Proceedings as to Dominic Box held on 12/15/2022. Defendant was released on a $25,000.00 unsecured Appearance Bond with supervision and ordered to appear before the District of Columbia on 12/22/2022 at 1:00 p.m. by VTC. (Tape #FTR SAV-CR2.) (MD) (Entered: 12/15/2022) |
| 12/15/2022 | 5 | WAIVER of Rule 5 & 5.1 Hearings by Dominic Box. (loh) (Entered: 12/15/2022) |
| 12/15/2022 | 6 | Appearance Bond Entered as to Dominic Box in amount of $ 25,000.00, Unsecured. (loh) (Entered: 12/15/2022) |
| 12/15/2022 | 7 | ORDER Setting Conditions of Release as to Dominic Box (1) $ 25,000.00, Unsecured. Signed by Magistrate Judge Christopher L. Ray on 12/15/22. (loh) (Entered: 12/15/2022) |
| 12/15/2022 | 8 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Dominic Box. Signed by Magistrate Judge Christopher L. Ray on 12/15/22. (loh) (Entered: 12/15/2022) |
| 12/15/2022 | 9 | NOTICE TO RETAINED COUNSEL as to Dominic Box. (csr) (Entered: 12/15/2022) |
| 12/16/2022 | 🔒 10 | (Court only) ***Terminated defendant Dominic Box, pending deadlines, and motions., TERMINATE CASE. Documents and Docket Sheet sent via email to InterdistrictTransfer_DCD@dcd.uscourts.gov. (kjm) (Entered: 12/16/2022) |