# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) 22-MJ-273 |
| DOMINIC BOX, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendant, Dominic Box, as counsel appointed under the Criminal Justice Act, 18 U.S.C. § 3006A.

Respectfully submitted,

ISAIAH CHASE
By Counsel

 /s/ John L. Machado
John L. Machado, Esq.
Bar No. 449961
Counsel for Dominic Box
503 D Street, N.W., Suite 310
Washington, DC 20001
Telephone: (703) 989-0840
E-mail: johnlmachado@gmail.com

1

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 22nd day of December, 2022, which will send a notification of such filing (NEF) to the following to all counsel of record.

  /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Dominic Box
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com