Rev. 9/2011

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        v.

Dominic Box

Criminal Case No.: 22-413

## PASSPORT RECEIPT

Defendant's passport, number _____659889420_____, has been surrendered to the undersigned Deputy Clerk.

ANGELA D. CAESAR, Clerk

By: _____
            Defendant

By: *[signature: Shedelle Dorsett]*
            Deputy Clerk