IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) CRIM NO. 22-CR-413 | |
| DOMINIC BOX, ) | |
| ) Judge: Kollar-Kotelly | |
| ) | |
| Defendant. ) Status Date: January 17, 2023 | |

**DEFENDANT DOMINIC BOX CONSENT MOTION
TO CONTINUE STATUS CONFERENCE**

COMES NOW Dominic Box, through undersigned counsel, and requests a continuance of the hearing scheduled for January 17, 2023, with the consent of the government, stating as follows:

1. Defendant is charged with four misdemeanor counts: 18 U.S.C. § 1752(a)(1) and (2), and 40 U.S.C. §5104(e)(2)(D) and (G).

2. This matter is currently scheduled for an arraignment/status conference on an information on January 17, 2023, at 3:30 p.m. The matter was scheduled through *sua sponte* through chambers.

3. On January 17, 2023, undersigned counsel is scheduled for to begin a bench trial before The Honorable Amit P. Mehta: United States v. Stewart Parks, 21-CR-411. The trial is scheduled to be two or three days. Accordingly, undersigned counsel is technically unavailable and would respectfully request this matter to be continued

1

to another date.

4. Alternatively, since this matter is a bench trial, and the present hearing should presumably be relatively brief, undersigned counsel does not object to appearing any time on January 17, 2023, that is convenient to Judge Mehta and his calendar. If the court wishes to proceed in this fashion, undersigned counsel would respectfully request that both chambers coordinate between themselves, and undersigned counsel will make himself available as required by the court.

5. Undersigned counsel has communicated with AUSA Samantha Miller, who indicates that the government does not oppose this motion.

6. The parties have discussed a new conference date, and, if it is rescheduled, the parties are available the following dates: January 20, 23, 24, or 30, 2023. If those dates do not work, the parties can find a date that is mutually available.

7. The defendant consents to the exclusion under the Speedy Trial Act of the time between January 17, 2023, and, if it is set, the new status date.

WHEREFORE, the defendant requests the court to vacate the current date of January 17, 2023, and to set a new arraignment/status conference date for either January 20, 23, 24 or 30, 2023, or to any other date available to the parties and this Honorable Court, and for any other relief this court deems proper.

Respectfully submitted,

DOMINIC BOX
By Counsel

/s/ John L. Machado
John L. Machado, Esq.
Bar. No. 449961
Counsel for Dominic Box
503 D Street, N.W., Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com

### Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 9th day of January, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Dominic Box
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com

3