# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) **CRIM NO. 22-CR-413** |
| **DOMINIC BOX,** | ) |
| | ) **Judge: Kollar-Kotelly** |
| | ) |
| **Defendant.** | ) **Status Date: January 17, 2023** |

## ORDER

Upon consideration of Defendant Dominic Box Consent Motion to Continue Status Conference, it is, this day of _____ day of January, 2023, hereby

ORDERED, that defendant's motion is GRANTED; it is further

ORDERED, that the Arraignment/Status Conference be rescheduled to _____, 2023, at _____ a.m./p.m. ; and it is further

ORDERED, that in the interest of justice, the time between January 17, 2023, and _____, 2023, shall be excluded under the Speedy Trial Act.

SO ORDERED.

_____
Colleen Kollar-Kotelly
United States Magistrate Judge