# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) CRIM NO. 22-CR-413 |
| **DOMINIC BOX,** | ) |
| | ) Judge: Kollar-Kotelly |
| | ) |
| **Defendant.** | ) Status Date: April 27, 2023 |

## NOTICE OF FILING

Attached please find the Waiver of Speedy Trial between March 10, 2023 and April 27, 2023, signed by Dominic Box.

        Respectfully submitted,

        DOMINIC BOX
        By Counsel

        /s/ John L. Machado
        John L. Machado, Esq.
        Bar. No. 449961
        Counsel for Dominic Box
        503 D Street, N.W., Suite 310
        Washington, DC 20001
        Phone: (703) 989-0840
        E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 10th day of March, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

    /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Dominic Box
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com