# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-CR-413 |
| DOMINIC BOX, | ) |
| | ) Judge: Kollar-Kotelly |
| | ) |
| Defendant. | ) Status Date: January 17, 2023 |

## WAIVER OF SPEEDY TRIAL WAIVER

I, Dominic Box, after discussing it fully with my attorney, John L. Machado, hereby waive my speedy rights assertion between March 10, 2023, and the next status date of April 27, 2023, and agree that this time should be excluded from any speedy trial calculations in this matter.

_____
Dominic Box