# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) CRIM NO. 22-CR-413 |
| **DOMINIC BOX,** | ) |
| | ) Judge: Kollar-Kotelly |
| | ) |
| **Defendant.** | ) Status Date: May 5, 2023 |

## NOTICE OF FILING

Attached please find the Waiver of Speedy Trial between April 27, 2023, and May 5, 2023, approved by Dominic Box.

    Respectfully submitted,

DOMINIC BOX
By Counsel

/s/ John L. Machado
John L. Machado, Esq.
Bar. No. 449961
Counsel for Dominic Box
503 D Street, N.W., Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com

## **Certificate of Service**

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 26th day of April, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Dominic Box
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com