IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-CR-413 |
| DOMINIC BOX, | ) |
| | ) Judge: Kollar-Kotelly |
| | ) |
| Defendant. | ) Status Date: May 5, 2023 |

## WAIVER OF SPEEDY TRIAL

I, Dominic Box, after discussing it fully with my attorney, John L. Machado, hereby waive my speedy rights assertion between April 27, 2023, and the next status date of May 5, 2023, and agree that this time should be excluded from any speedy trial calculations in this matter.

_Dominic Box_ (signature)