# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-CR-413 |
| DOMINIC BOX, | ) |
| | )  Judge: Kollar-Kotelly |
| | ) |
| Defendant. | ) Status Date: May 5, 2023 |

## ORDER

Upon consideration of Defendant Dominic Box Consent Motion to Continue Status Conference, it is, this day of _____ day of May, 2023, hereby

ORDERED, that defendant's motion is GRANTED; it is further

ORDERED, that the Status Conference be rescheduled to _____, 2023, at _____ a.m./p.m. ; and it is further

ORDERED, that in the interest of justice, the time between May 5, 2023, and _____, 2023, shall be excluded under the Speedy Trial Act.

SO ORDERED.

_____
Honorable Colleen Kollar-Kotelly
United States District Court Judge