# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-CR-413 |
| DOMINIC BOX, | ) |
| | )  Judge: Kollar-Kotelly |
| | ) |
| Defendant. | ) Status Date: June 7, 2023 |

## MOTION TO RECONSIDER ORDER OF THE COURT REGARDING PAYMENT OF PRIVATE FUNDS FOR LEGAL REPRESENTATION

COMES NOW Dominic Box through counsel and respectfully requests that the court reconsider the Order Regarding Authorization for Distribution of Available Private Funds (Dkt. No. 11) (hereinafter the "Order"). As reasons therefor, Defendant states as follows:

1. On December 15, 2022, Mr. Box was arrested in this matter. He is being charged via information with four misdemeanors.

2. On December 22, 2022, after being interviewed and preparing a financial affidavit, it was determined that Mr. Box would have to make partial payment for the cost of his representation. The Order required Mr. Box to make payments of $250.00 a month for 18 months beginning January 2023.

3.     Shortly after his arrest, Mr. Box's work situation changed and he is earning significantly less than in the employment he had at the time of his arrest and financial interview.

4.     Accordingly, because of this downgrade of this employment, Mr. Box is not in a financial position to make the payments that he is required to make pursuant to the order.

5.     Accordingly, Mr. Box would respectfully request any or all of the following relief, as the court feels appropriate: 1) the court order a reinterview and preparation of a financial affidavit; 2) reconsideration or rescission of the current order; and/or 3) an order from the court making any financial updated *nunc pro tunc* to the date of the original Order.

WHEREFORE, Mr. Box requests that the court issue any and all relief requested above.

       Respectfully submitted,

       DOMINIC BOX
       By Counsel

       /s/ John L. Machado
       John L. Machado, Esq.
       Bar. No. 449961
       Counsel for Dominic Box
       503 D Street, N.W., Suite 310
       Washington, DC 20001
       Phone: (703) 989-0840
       E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 7th day of June, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

    /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Dominic Box
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com