### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-CR-413 |
| DOMINIC BOX, | ) |
| | )  Judge: Kollar-Kotelly |
| | ) |
| Defendant. | ) Status Date: June 7, 2023 |

### ORDER

Upon consideration of Defendant Dominic Box's Motion to Reconsider Order of the Court Regarding Payment of Private Funds for Legal Representation, and good cause having been shown, it is on this _____ day of June, 2023, hereby

ORDERED, that defendant's motion is GRANTED; it is further

ORDERED, that the Dominic Box be reinterviewed for determination of whether Mr. Box shall be required to partially pay for his legal representation of his counsel under the Criminal Justice Act; it is further

ORDERED that the determination made based upon the basis of the reinterview shall be applied *nunc pro tunc* to December 22, 2022.

SO ORDERED.

_____
Honorable Colleen Kollar-Kottely
United States District Court Judge