UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 22-cr-00413 (CKK) |
| | ) | |
| DOMINIC BOX, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

On December 22, 2022, Defendant appeared before Magistrate Judge Moxila Upadhyaya, on an initial appearance, and during those proceedings, he made an oral motion for appointment of counsel.   On that same date, the Magistrate Judge entered an [10] Order Appointing Counsel along with an [11] Order re: Authorization for Distribution of Available Private Funds.   In both, the Magistrate Judge ordered that – based on Defendant's December 22, 2022 financial affidavit – Defendant shall pay $250.00 per month as reimbursement for the costs of his defense, beginning in January 2023 and continuing for 18 months.   *See* Orders, ECF Nos. 10 and 11 [entered in Case No. 22-mj-273, which is now Case No. 22-cr-413].   Both Orders indicate further that "Defendant may seek relief from th[ese] Order[s] in the interests of justice if his financial situation changes materially or for any other appropriate reason."   *Id.*

Pending before this Court is Defendant's [29] Motion to Reconsider Order of the Court Regarding Payment of Private Funds for Legal Representation, which indicates that "Mr. Box's work situation has changed and he is earning significantly less than in the employment he had at the time of his arrest and financial interview."   Motion, ECF No. 29, at 2.   Defendant, through counsel, asserts that he is "not in a financial position to make the payments that he is required to make pursuant to the [Court's] order."   *Id.*   Defendant provided this Court also with a Financial Affidavit dated June 7,

1

2023, which indicates that he is unemployed.

Upon consideration of Defendant's Motion to Reconsider and review of his June 7, 2023 Financial Affidavit, it is this 9th day of June,

ORDERED that the Defendant's [29] Motion for Reconsideration is GRANTED.   This Court VACATES the Magistrate Judge's [11] Order re: Authorization for Distribution of Available Private Funds and that portion of the Magistrate Judge's [10] Order Appointing Counsel that references Defendant making payments of $250.00 per month.   The Court notes that this ruling has no effect on the appointment of John Machado as counsel for Defendant, except that Defendant will not be responsible for any payments to Attorney Machado.   The Court notes further that Defendant must notify this Court in the event that his employment situation changes.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE