UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-CR-413-CKK |
| | : | |
| DOMINIC BOX, | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO APPEAR BY VIDEO OR TELEPHONICALLY FOR AUGUST 28, 2023 REVOCATION HEARING**

The United States of America respectfully moves this Court to appear by video or telephonically for today's currently scheduled 2 p.m. revocation hearing (August 18, 2023), on the basis that (1) the Defendant will not be appearing in person, and (2) in-person coverage has become challenging based on an increasing number of absences due to illness in the United States Attorney's Office. The government conferred with defense counsel, who does not oppose this motion.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/ Samantha R. Miller
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov

1