IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) CRIM NO. 22-CR-413 | |
| DOMINIC BOX, ) | |
| ) Judge: Kollar-Kotelly | |
| ) | |
| Defendant. ) Status Date: October 20, 2023 | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S
MOTION TO CLARIFY REGARDING
SPEEDY TRIAL ACT EXCLUSION AND TO
EXCLUDE ADDITIONAL TIME
UNDER THE SPEEDY TRIAL ACT**

COMES NOW Dominic Box, through undersigned counsel, and files the following reply to the Government's Motion to Clarify Regarding Speedy Trial Act Exclusion and To Exclude Additional Time Under the Speedy Trial Act (Dkt. 39), stating as follows:

1. Undersigned counsel has had difficulty being able to reach Mr. Box, as he is being detained in Duval County, Florida, despite counsel's multiple requests with the jail to set up a meeting with Mr. Box. Accordingly, undersigned counsel was unable to file a waiver by September 2, 2023.

2. On September 29, 2023, Mr. Box called undersigned counsel through his jail account from the Duval County jail where he is currently detained. At that

1

time, undersigned counsel spoke to Mr. Box regarding his speedy trial rights. Undersigned counsel also made defendant aware of the writ that will be ordering him to be transported to the District of Columbia to appear before this Honorable Court on October 20, 2023.

3.   After having a discussion about his Speedy Trial Act rights, and because it is Mr. Box's intention to eventually enter a plea in this matter, Mr. Box, through counsel, either 1) formally waives the dates from August 18, 2023, to October 20, 2023 to count toward his speedy trial time calculations under the Speedy Trial Act, 2) does not oppose the government's present motion to exclude the time from August 18, 2023, to October 18, 2023, and/or 3) does not oppose a court's order to exclude the time from August 18, 2023, to October 20, 2023 under the Speedy Trial Act.

        Respectfully submitted,

        DOMINIC BOX
        By Counsel

        /s/ John L. Machado
        John L. Machado, Esq.
        Bar. No. 449961
        Counsel for Dominic Box
        503 D Street, N.W., Suite 310
        Washington, DC 20001
        Phone: (703) 989-0840
        E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 30th day of September, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

    /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Dominic Box
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com