## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CRIM NO. 22-CR-413** |
| **DOMINIC BOX,** | ) | |
| | ) | **Judge: Kollar-Kotelly** |
| | ) | |
| **Defendant.** | ) | **Court Date: October 20, 2023** |

### JOINT MOTION TO CONTINUE STATUS HEARING

COME NOW Dominic Box, through undersigned counsel, and the United States, through the United States Attorney's Office, and jointly request a continuance of the hearing scheduled for October 20, 2023, stating as follows:

1. Mr. Box is scheduled for a hearing before this Honorable Court on October 20, 2023. It was the intention of the parties to have Mr. Box enter a plea at that time.

2. Mr. Box is currently in Florida where he is detained on a state matter. The government has filed a writ to have Mr. Box brought to the District of Columbia in order to resolve the present matter, with the expectation that Mr. Box would be in this jurisdiction by October 20, 2023, in order to enter the plea.

3. Today, the government confirmed through the U.S. Marshals that Mr. Box is not in the jurisdiction at this time and will not be able to be physically present for

1

court tomorrow. It remains uncertain when Mr. Box will arrive in the District of Columbia.

4. Accordingly. the parties jointly request that tomorrow's hearing be vacated and rescheduled to a future date with the hopes that Mr. Box will be in the jurisdiction by that date.

5. Mr. Box is willing to waive the days between October 20, 2023, and the new status date for Speedy Trial calculation purposes.

WHEREFORE, the defendant requests the court to vacate the current date of October 20, 2023, and set a new status date to a future date convenient to the court and the parties.

Respectfully submitted,

MATTHEW M. GRAVES                      DOMINIC BOX
UNITED STATES ATTORNEY                 By Counsel
D.C. Bar Number 481052


By: /s/ Samantha R. Miller            /s/ John L. Machado
SAMANTHA R. MILLER                    John L. Machado, Esq.
Assistant United States Attorney      Bar. No. 449961
New York Bar No. 5342175              Counsel for Dominic Box
United States Attorney's Office       503 D Street, N.W., Suite 310
For the District of Columbia          Washington, DC 20001
601 D Street, NW 20530                Phone: (703) 989-0840
Samantha.Miller@usdoj.gov             E-mail: johnlmachado@gmail.com

**Certificate of Service**

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 19th day of October, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

    /s/John L. Machado
 John L. Machado, Esq.
 Bar Number 449961
 Attorney for Dominic Box
 Office of John Machado
 503 D Street NW, Suite 310
 Washington, D.C. 20001
 Telephone (703)989-0840
 Email: johnlmachado@gmail.com