### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-CR-413 |
| DOMINIC BOX, | ) |
| | ) Judge: Kollar-Kotelly |
| | ) |
| Defendant. | ) Court Date: October 20, 2023 |

### **ORDER**

Upon consideration of the Joint Motion to Continue Status Hearing, it is, on this day of _____ day of October, 2023, hereby

ORDERED, that  motion is GRANTED; it is further

ORDERED, that the status conference scheduled for October 20, 2023, is vacated; it is further

ORDERED that the status conference is rescheduled to _____, 2023; it is further

ORDERED, that in the interest of justice, the time between October 20, 2023, and _____, 2023, shall be excluded under the Speedy Trial Act.

SO ORDERED.

_____
Honorable Colleen Kollar-Kotelly
United States District Court Judge