# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>DOMINIC X. BOX,<br>        Defendant. | Criminal Action No. 22-413 (CKK) |

**ORDER**
(October 20, 2023)

On August 22, 2023, the Court ordered Defendant Box to appear for a hearing in person on September 18, 2023. The Government issued a writ to bring Defendant Box to the District of Columbia from Florida, where he was being held on unrelated state charges. However, Defendant Box was not brought to the District in time for the September 18, 2023 hearing; the Court nevertheless held the hearing and counsel for Defendant waived his presence. At that hearing, the Government indicated that Defendant Box had already signed plea documents and was ready to proceed with entering a plea.

The Court then set a status / plea hearing for October 20, 2023. The Government issued a new writ that same day to bring Defendant Box to the District of Columbia. However, again, Defendant Box was not brought to the District of Columbia in time for the October 20 hearing, which, as a result, was continued until December 1, 2023.

The Court now **ORDERS** the U.S. Marshals Service to bring Defendant Box to the District of Columbia in advance of the next scheduled plea hearing on December 1, 2023.

Dated: October 20, 2023

                                                                       /s/
                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge