IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 22-CR-413-CKK |
| v. | : | |
| **DOMINIC BOX,** | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, Dominic Box, and pursuant to the Court's October 20, 2023 Minute Order, jointly provide the following status report: according to the United States Marshals, the Defendant is currently in the D.C. jail awaiting his December 1, 2023 change of plea hearing. Accordingly, the parties are ready to proceed at 4 p.m. on that date.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

*/s/ John L. Machado*
John L. Machado, Esq.
Bar Number 449961
Attorney for Dominic Box
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email:
johnlmachado@gmail.com

*/s/ Samantha R. Miller*
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov