# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIM NO. 22-CR-413 |
| | ) |
| DOMINIC BOX, | ) Judge: Kollar-Kotelly |
| | ) |
| Defendant. | ) Next Court Date: 12/12/23 |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PLEA HEARING

COMES NOW Dominic Box, through undersigned counsel, and requests a continuance of the hearing scheduled for December 12, 2023, with no opposition from the government, stating as follows:

1. Defendant is currently charged with four misdemeanor counts: 18 U.S.C. § 1752(a)(1) and (2), and 40 U.S.C. §5104(e)(2)(D) and (G).

2. Mr. Box has signed a plea agreement, dated August 8, 2023, which will require him to plead to a felony. In anticipation of the plea, Mr. Box was brought via writ to the District of Columbia. Undersigned counsel was only made aware that Mr. Box arrived in the District of Columbia on November 21, 2023. Because Mr. Box was in transit by the U.S. Marshals on the writ for most of that time, undersigned counsel was only able to speak in detail to Mr. Box once he had arrived in the District of Columbia.

3. Since Mr. Box has arrived in the District and Columbia, he and counsel have met several times regarding the plea and discovery in this matter. Based on these meetings, Mr. Box is not ready to enter a plea due to issues that need to be researched and discovery that further needs to be reviewed. While undersigned counsel had hoped that these issues would be resolved by the present court date, it is clear that counsel will need further time to have Mr. Box ready to proceed to a plea which is knowing and voluntary and have all his questions answered.

4. Undersigned counsel has communicated with AUSA Samantha Miller, who indicates that the government does not oppose this motion.

5. The parties have discussed a new conference date, and, if it is rescheduled, the parties are available on January 18 or 19, 2024. . If those dates do not work, the parties can find a date that is mutually available.

6. Defendant Dominic Box consents to the exclusion under the Speedy Trial Act of the time between December 12, 2023, and the new status date, and will file a waiver of time under the Speedy Trial Act once the new date has been selected.

   WHEREFORE, the defendant requests the court to vacate the current date of December 12, 2023, and to set a new status date as requested or to any other date available to the parties and this Honorable Court, and for any other relief this court deems proper.

Respectfully submitted,

DOMINIC BOX
By Counsel

/s/ John L. Machado
John L. Machado, Esq.
Bar. No. 449961
Attorney for Dominic Box
503 D Street, N.W., Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 10th day of December, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Dominic Box
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com