THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **Criminal No. 1:22-cr-00413-CKK-1** |
| **DOMINIC BOX,** | : | |
| | : | |
| *Defendant.* | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that, subject to the approval of the Court, Dominic Box substitutes Amy C. Collins (D.C. Bar No. 1708316) as counsel of record in the place of John Machado in the above-listed matter. In support of this Notice, Ms. Collins states the following:

1. On December 22, 2022, the Honorable Moxila A. Upadhyaya appointed Mr. Machado to represent Mr. Box.

2. Mr. Box no longer desires to be represented by Mr. Machado.

3. Ms. Collins has been retained to represent Mr. Box in the above-listed matter.

4. This motion is not brought for delay, but to allow Mr. Box to be represented by counsel of his choice.

Ms. Collins respectfully requests that all notices and service on Mr. Box be sent to Ms. Collins at the addresses listed below, including via CM/ECF.

Respectfully submitted,

_____/s/_____
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, N.W.
Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of February 2023, I caused a true and correct copy of the foregoing Notice to be delivered via CM/ECF to all parties.

_____/s/_____
Amy C. Collins