### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-CR-413 |
| DOMINIC BOX, | ) |
| | )  Judge: Kollar-Kotelly |
| | ) |
| Defendant. | ) Status Date: February 21, 2024 |

### MOTION TO WITHDRAW AS ATTORNEY

COMES NOW attorney John L. Machado, and requests that he be withdrawn as counsel in this matter.

1. Undersigned counsel was appointed to this matter under the Criminal Justice Act (CJA) to represent Defendant Dominic Box on December 22, 2022.

2. On or about February 6, 2024, Amy Collins, Esq., entered her appearance as counsel of record in this matter.

3. Accordingly, since counsel is no longer needed under the CJA, undersigned counsel moves to withdraw as counsel.

WHEREFORE, for the reasons stated above, undersigned counsel requests to be withdrawn as counsel in the present matter.

1

Respectfully submitted,

DOMINIC BOX
By Counsel

/s/ John L. Machado
John L. Machado, Esq.
Bar. No. 449961
Counsel for Dominic Box
503 D Street, N.W., Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 15th day of February, 2024, which will send a notification of such filing (NEF) to the following to all counsel of record.

/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Dominic Box
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com