THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:22-cr-00413-CKK-1 |
| | : | |
| DOMINIC BOX, | : | |
| | : | |
| *Defendant.* | : | |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

Dominic Box, by and through undersigned counsel, and with the consent of the government, respectfully requests to continue the status conference to February 28, 2024 at or after 2:00PM. In support of this Consent Motion, counsel submits the following:

1. On January 17, 2024, the Court set a status conference for February 21, 2024 at 9:00AM. *See* Minute Order (Jan. 18, 2024).

2. On January 19, 2024, the government filed an Unopposed Motion to Exclude Time under the Speedy Trial Act. *See* ECF No. 55.

3. On February 6, 2024, undersigned counsel filed a Notice of Substitution of Counsel, providing notice that undersigned counsel is substituting for John Machado as Mr. Box's counsel in the above-listed matter. *See* ECF No. 56.

4. On February 15, 2024, Mr. Machado filed a Motion to Withdraw as Attorney. *See* ECF No. 57.

5. To allow undersigned counsel time to explore the potential of a pretrial resolution and to get up to speed on the case, undersigned counsel respectfully requests that the Court continue the status hearing to February 28, 2024 at or after 2:00PM.

6.       Undersigned counsel anticipates filing a signed speedy trial waiver on or prior to February 21, 2024 to account for the time from February 21, 2024 through February 28, 2024.

7.       Assistant U.S. Attorney Samantha Miller consents to this Motion.

In light of the above, Dominic Box, with the consent of the government, requests the above-mentioned relief.

Respectfully submitted,

_____/s/_____
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, N.W., Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
*Counsel for Dominic Box*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of February 2023, I caused a true and correct copy of the foregoing Consent Motion to be delivered via CM/ECF to all parties.

_____/s/_____
Amy C. Collins