THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 1:22-cr-00413-CKK-1 |
| | : |
| DOMINIC BOX, | : |
| | : |
| Defendant. | : |

### DEFENDANT'S WAIVER OF SPEEDY TRIAL RIGHTS

I have been advised of my rights to a speedy trial under the Speedy Trial Act ("STA"), 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the STA for the period of February 21, 2024 to February 28, 2024.

_____/s/_____
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, N.W., Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
*Counsel for Dominic Box*

_____
Dominic Box
*Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of February 2023, I caused a true and correct copy of the foregoing Waiver of Speedy Trial Rights to be delivered via CM/ECF to all parties.

_____/s/_____
Amy C. Collins