UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )  Case No.: 22-CR-413-CKK |
| | ) |
| **DOMINIC BOX** | ) |
| | ) |
| **Defendant.** | ) |

## [PROPOSED] WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO:**   James I. Montgomery Correctional Center
4727 Lannie Rd, Jacksonville, FL 32218

You are directed to produce**, DOMINIC BOX,** James I. Montgomery Correctional Center, **(FBI #: 919543RD7 & DOB: 12/17/1989)**, imprisoned and detained by you, to the United States Marshal for the District of Columbia, or an authorized deputy thereof, so that they may produce of said **DOMINIC BOX**, under safe and secure conduct before the District Court of the District of Columbia on or about **MAY 17, 2024** in order for said **DOMINIC BOX** to be present for a status conference on that date before the Court in the above entitled case, and to remain through the week of **JUNE 24, 2024,** to be present for his trial before the Court in the above entitled case. Upon completion of the proceedings and notification to the Marshal's service, said **DOMINIC BOX** will be returned to the jurisdiction from whence he came.

_____
UNITED STATES DISTRICT JUDGE

Date: _____

Executed this writ in the above-entitled case on

_____
UNITED STATES MARSHAL

By:   _____
        DEPUTY MARSHAL

Certified as a true copy on _____, 2024

_____
ANGELA CAESAR, CLERK

By:   _____
        DEPUTY CLERK