UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 22-CR-413-CKK-1 |
| v. | : | |
| **DOMINIC BOX,** | : | |
| **Defendant.** | : | |

**PRETRIAL SCHEDULING ORDER**
(April 8, 2024)

**Discovery & Associated Deadlines** *(only applicable if no stipulated trial is reached)*

| | |
|---|---|
| Government to complete any final discovery under present indictment | May 1, 2024 |
| Aspirational date for grand jury decision re: superseding indictment | NA |
| Government to complete discovery under any superseding indictment | NA |
| Discovery motions (Fed. R. Crim. P. 16) | May 6, 2024 |

**Expert Notices & Other Crimes Evidence** *(only applicable if no stipulated trial is reached)*

| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | NA |
| Defendant's expert notice (FRE 701 & 702) | NA |
| Government's FRE 404(b) notice | May 17, 2024 |
| Defendant's response to FRE 404(b) notice | May 24, 2024 |
| *Brady* notice | May 31, 2024 |

**Experts** *(only applicable if no stipulated trial is reached)*

| | |
|---|---|
| Expert reports (FRE 702) | NA |
| Lay witness identification and subject matter (FRE 701) | NA |

**Non-Evidentiary Pretrial Motions**

| | |
|---|---|
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | May 14, 2024 |
| Government's response to Defendant's non-evidentiary motions | May 20, 2024 |
| Defendant's reply as to non-evidentiary motions | May 24, 2024 |
| Government's non-evidentiary pretrial motions | NA |
| Defendant's response to Government's non-evidentiary motions | NA |
| Government's reply as to non-evidentiary motions | NA |

1

**Evidentiary Pretrial Motions** *(only applicable if no stipulated trial is reached)*

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | May 14, 2024 |
|     Government's response to Defendant's evidentiary motions | May 20, 2024 |
|     Defendant's reply as to evidentiary motions | May 24, 2024 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | May 14, 2024 |
|     Defendant's response to Government's evidentiary motions | May 20, 2024 |
|     Government's reply as to evidentiary motions | May 24, 2024 |

**Motions in Limine** *(only applicable if no stipulated trial is reached)*

| | |
|---|---|
| Motions *in limine* by both sides | May 14, 2024 |
|     Responses to motions *in limine* | May 20, 2024 |
| Replies as to motions *in limine* | May 24, 2024 |
| Joint notice of stipulations | June 7, 2024 |
| *Giglio* and *Jencks* material | June 1, 2024 |
| *Voir Dire* and Jury Instructions | June 10, 2024 |

**Witness and Exhibit Lists** *(witness list only applicable if no stipulated trial is reached)*

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | June 10, 2024 |
| Defendant's witness list, exhibit list and exhibits | June 12, 2024 |

**Hearings**

| | |
|---|---|
| Status Hearing | May 22, 2024 |

**Anticipated Stipulated Trial**      June 17, 2024

Pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

    **SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

2