THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:22-cr-00413-CKK-1 |
| | : | |
| DOMINIC BOX, | : | |
| | : | |
| *Defendant*. | : | |

### DEFENDANT BOX'S NOTICE OF FILING EXHIBITS
### PURSUANT TO LOCAL CRIMINAL RULE 49

Dominic Box, by and through undersigned counsel, hereby gives notice, pursuant to Local Criminal Rule 49, that the Court and the government received via Box.com three (3) video exhibits for Mr. Box's Motion to Dismiss Count One of the Indictment.

The respective video exhibits are as follows:

1. Exhibit E is a clip from a video recorded by Mr. Box as a Facebook Live for the Savannah Freedom Exchange that he later voluntarily produced to the government. The clip depicts Mr. Box and another individual speaking as they approach the U.S. Capitol's grounds. The clip is nine (9) seconds in duration.

2. Exhibit F is a different clip from the above-mentioned video. The clip depicts Mr. Box responding to an individual who commented on Mr. Box's Facebook Live while Mr. Box was momentarily reading some of the comments posted to the Live. The clip is twenty-three (23) seconds in duration.

3. Exhibit G is another clip from the above-mentioned video. The clip depicts Mr. Box responding to an individual who commented on Mr. Box's Facebook Live while Mr. Box was

momentarily reading some of the comments posted to the Live. The clip is eleven (11) seconds in duration.

Respectfully submitted,

_____/s/_____
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, N.W., Suite 1200
Washington, D.C. 20006
(228) 424-0609
acollins@kalbianhagerty.com
amy@amyccollinslaw.com
*Counsel for Dominic Box*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 23rd day of May 2024, I caused a true and correct copy of the foregoing Notice to be delivered via CM/ECF to all parties.

                                                                                                               /s/_____
                                                                                                     Amy C. Collins