**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>DOMINIC X. BOX,<br><br>   Defendant. | Criminal Action No. 22-413 (CKK) |

**ORDER**
(June 24, 2024)

On June 18, 2024, the Court held a stipulated trial in this case. The Court orally sealed portions of the trial related to Defendant Box's mental health. The Court **ORDERS** that those portions be **UNSEALED** only for Government counsel and Defense counsel. The Court also **ORDERS** that the portions of the trial discussing sentencing guidelines be **SEALED**.

**SO ORDERED**.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge