# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.     : | Case No. 1:22-cr-00413-CKK-1 |
| : | |
| DOMINIC BOX, : | |
| : | |
| *Defendant*.    : | |

### DEFENDANT BOX'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITIES TO HIS MOTION TO DISMISS COUNT ONE OF THE INDICTMENT AND MOTION TO RECONSIDER HIS MOTION TO DISMISS COUNT ONE OF THE INDICTMENT

Dominic Box, by and through undersigned counsel, respectfully requests that his Honorable Court will grant him leave to file the accompanying Notice of Supplemental Authorities to his Motion to Dismiss Count One of the Indictment and Motion to Reconsider his Motion to Dismiss Count One of the Indictment.

In support of this Motion, counsel submits as follows:

1. Pursuant to the parties' agreement, Mr. Box submitted filings to preserve his appellate rights as to Count One. *See, e.g.*, ECF No. 73; ECF No. 75. Notices of Supplemental Authority were specifically contemplated in the agreement between the parties. *See id.* As provided in the Federal Rules of Civil Procedure, which have been embraced in the criminal context, where, for example, a supplemental authority provides a basis for a motion to reconsider a determination rendered in the case, a party may request the respective court to reconsider such determination. *See*, *e.g.*, *United States v. Ferguson*, 574 F. Supp. 2d 111, 113 (D.D.C. 2008) (providing that a

motion to reconsider is appropriate where, for example, "there has been an intervening change in controlling law").[1]

2. Since this Court denied Mr. Box's Motion to Dismiss Count One of the Indictment, *see* ECF No. 81; ECF No. 82, the U.S. Supreme Court's announced opinions in *United States v. Fischer*, 144 S.Ct. 2176 (2024), *Trump v. United States*, 144 S.Ct. 2312 (2024), *Miller v. United States*, No. 23-94, 2024 WL 3259658, at *1 (U.S. July 2, 2024), and *Lang v. United States*, No. 23-32, 2024 WL 3259659, at *1 (U.S. July 2, 2024), which support Mr. Box's request to dismiss Count One and invalidate this Court's conclusions and reasoning in its Order, ECF No. 81, and Memorandum Opinion, ECF No. 82.

3. The government represented that it takes no position as to Mr. Box's request for the Court to grant him leave to file the proposed filing. However, it requested that Mr. Box note in its Motion for Leave to File that the government is evaluating the impact of the Supreme Court's decision in *Fischer* and will be requesting additional time to assess.

In light of the foregoing, Mr. Box requests that this Court grant him leave to file the accompanying Notice of Supplemental Authorities to his Motion to Dismiss Count One of the Indictment and Motion to Reconsider his Motion to Dismiss Count One of the Indictment.

---

[1] As argued in the Notice of Supplemental Authorities to his Motion to Dismiss Count One of the Indictment and Motion to Reconsider his Motion to Dismiss Count One of the Indictment, there also appears to be other bases for the Court to afford Mr. Box leave to file. Counsel will gladly elaborate further if the Court would find it helpful in making a determination as to Mr. Box's request for leave to file.

Respectfully submitted,

_____/s/_____
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
acollins@kalbianhagerty.com
amy@amyccollinslaw.com
*Counsel for Dominic Box*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of July 2024, I caused a true and correct copy of the foregoing filing to be delivered via CM/ECF to all parties.

_____/s/_____
Amy C. Collins