UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-CR-413-CKK |
| | : | |
| DOMINIC BOX, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT RESPONSE TO COURT'S ORDER IN ECF NO. 91

In light of the Court's minute order, and the government's continuing evaluation of cases impacted by *Fischer v. United States*, the government submits the following status report and response to the Defendant's Notice of Supplemental Authorities To His Motion To Dismiss Count One of the Indictment and Motion to Reconsider His Motion to Dismiss Count One of the Indictment (ECF No. 85-2):

While the government does not concede any of the legal arguments raised by the defendant in his motion – including a fundamental misunderstanding of the law at play – and believes that the § 1512(c)(2) charge here likely remains viable after *Fischer,* the government nonetheless believes it appropriate to move to dismiss Count One in the interests of judicial economy. Since the government intends to dismiss Count One, it renders the defendant's motion moot.

In order to efficiently achieve justice, the government respectfully seeks that the Court render a verdict on the remaining counts at issue, and proceed to sentencing on those counts. This will ensure finality in this litigation. The government – in turn – will move to dismiss Count One at sentencing, assuming that the defendant is convicted of the other counts to which he stipulated as to his guilt.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052


By: */s/ Sara E. Levine*
        SARA E. LEVINE
        Assistant United States Attorney
        VA Bar No. 98972
        601 D Street NW
        Washington, DC 20530
        sara.levine@usdoj.gov