UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-CR-413-CKK |
| | : | |
| DOMINIC BOX, | : | |
| | : | |
| Defendant. | : | |

**JOINT RESPONSE TO THE COURT MINUTE ORDER OF OCTOBER 16, 2024**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Dominic Box, by and through his attorney, Amy C. Collins, hereby submit a joint response to the Court's Minute Order of October 16, 2024. The parties respectfully request for the government's sentencing memorandum to be due February 3, 2025, and the defendant's sentencing memorandum to be due February 10, 2025. Additionally, the government is not available the week of February 24, 2025, and defense counsel is not available on February 19, 2025, therefore the parties further respectfully request the Court avoid those dates when setting sentencing.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: */s/ Sara E. Levine*
SARA E. LEVINE
Assistant United States Attorney
VA Bar No. 98972
601 D Street NW
Washington, DC 20530
sara.levine@usdoj.gov

1

  /s/ Amy C. Collins
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for Dominic Box*