UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 22-CR-413-CKK |
| : | |
| **DOMINIC BOX** : | |
| : | |
| : | |
| **Defendant.** : | |

# ORDER

Pursuant to the motion filed by the United States, ECF ___, it is hereby ordered that the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this _____ day of _____, 2025.


_____
HONORABLE COLLEEN KOLLAR-KOTELLY
United States District Court Judge