UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. 1:22-cr-00413-CKK-1** |
| | : | |
| | : | |
| **DOMINIC BOX,** | : | |
| | : | |
| *Defendant*. | : | |

## ORDER

Upon consideration of Dominic Box's Motion to Expedite Order on Motion to Dismiss, it is hereby,

**ORDERED**, that Mr. Box's Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a), ECF No. 110, is **GRANTED**.

_____                    _____
**DATE**                                                            **COLLEEN KOLLAR-KOTELLY**
                                                                              **SENIOR UNITED STATES DISTRICT JUDGE**