# EXHIBIT A

| | |
|---|---|
| **Subject:** | RE: Dominic Box |
| **Date:** | Tuesday, January 21, 2025 at 5:45:40 PM Eastern Standard Time |
| **From:** | Mazzuchelli, Andrew (DOC) |
| **To:** | Amy Collins |
| **Attachments:** | image001.png |

Once the motion to dismiss is granted by the court, and the USMS will provide DOC with a release order. In checking the docket it doesn't seem like the motion to dismiss has been granted yet; I only see the proposed order not yet signed by Judge Kollar-Kotelly.

Andrew Mazzuchelli
General Counsel
District of Columbia Department of Corrections
Office of the General Counsel
3924 Minnesota Avenue, N.E. – 2nd Floor
Washington, D.C. 20019
Office: (202) 671-2064
Mobile: (202) 746-0132
andrew.mazzuchelli@dc.gov
www.doc.dc.gov

**Confidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

**Metadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not intended to be viewed by a non-client recipient.

**From:** Amy Collins <Amy@amyccollinslaw.com>
**Sent:** Tuesday, January 21, 2025 5:35 PM
**To:** Mazzuchelli, Andrew (DOC) <andrew.mazzuchelli@dc.gov>
**Subject:** Dominic Box

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).