**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. 1:22-cr-00413-CKK-1** |
| | : | |
| | : | |
| **DOMINIC BOX,** | : | |
| | : | |
| *Defendant.* | : | |

**NOTICE OF CERTIFICATE OF PARDON**

Dominic Box, by and through undersigned counsel, respectfully gives notice of his Certificate of Pardon provided by the Office of the Pardon Attorney, attached as Exhibit A.

Respectfully submitted,

 /s/  Amy C. Collins
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for Dominic Box*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of January 2025, I caused a true and correct copy of the foregoing Notice to be delivered via CM/ECF to all parties.

 /s/  Amy C. Collins
Amy C. Collins